IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br>**Plaintiff,**<br><br>**v.**<br><br>**[1] VICTOR FAJARDO-VELEZ**<br>**Defendant** | Criminal No. 02-42 (JAF)<br><br>RESTITUTION |

### UNITED STATES OF AMERICA'S MOTION TO RESTRICT

**TO THE HONORABLE COURT:**

**COMES NOW**, the United States of America, by and through the undersigned attorneys and, respectfully states and prays as follows:

Pursuant to the Court's Standing Order No.9 the United States seeks permission to restrict the filing Ex Parte to allow viewing only to the Honorable Court.

The United States respectfully requests that the aforementioned filing remains restricted to avoid unnecessary disclosures.

The United States respectfully requests that the Court finds that restricting the information contained in the aforementioned motion outweighs the presumption of public access.

WHEREFORE, in view of the foregoing, the United States of America respectfully requests that the Honorable Court grants the present motion to restrict.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF Ex Parte.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 17th day of June, 2024.

W. Stephen Muldrow
United States Attorney

*s/ M González*
Maritza González-Rivera
Assistant U.S. Attorney
USDC-PR 208801
350 Carlos Chardón St., Suite 1201
San Juan, Puerto Rico 00918
Tel. (787) 766-5656
Fax. (787) 771-4049
E-mail maritza.gonzalez@usdoj.gov